998

No. 00–6309. CARDENAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6325. ALVILLAR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–6339. HOLLOMAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6343. ALVARADO, AKA DYKES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6359. REYNOLDS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–6361. SEALED PETITIONER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–6366. SERA v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–6383. JONES v. RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL. Super. Ct. Pa. Certiorari denied.

No. 00–6393. DANIEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6398. JONES v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–6399. MATHERS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–6406. SMITH v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–6412. CARRERA-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6414. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6416. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.